RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
State Bar No. 11580
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
Telephone:      (775) 321-8451
Facsimile:      (775) 784-5369

Counsel for CHRISTOPHER BECKER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BECKER<br><br>Defendant. | 3:10-cr-00127-RCJ-VPC<br><br>**MOTION TO CORRECT SENTENCE** |

CERTIFICATION:      This Motion is timely filed within fourteen days of sentencing.

Defendant, CHRISTOPHER BECKER, by and through his attorney of record, LAUREN GORMAN, Assistant Federal Public Defender, hereby moves this Honorable Court, to correct a sentence imposed in connection with the revocation proceeding held on November 2, 2014. This motion is based on Federal Rule of Criminal Procedure 35 and upon the following Points and Authorities. Assistant United States Attorney Sue Fahami does not oppose this motion.

**POINTS AND AUTHORITIES**

On November 2, 2014, this Court imposed sentence in connection with the revocation of Mr. Becker's supervised release. The Court inquired whether Mr. Becker paid off his $100.00 special assessment. Neither the Department of Probation nor the parties had a record of Mr. Becker paying the special assessment though undersigned counsel noted that her client advised her that he

believed it was paid.  The Court ordered Mr. Becker to serve three months and fifteen days in custody in connection with the revocation of his supervised release and his failure to pay his $100.00 special assessment.   The Court specifically noted that the fifteen days in custody was imposed because it did not have proof that Mr. Becker paid his $100.00 special assessment.  The Court stated, however, that the Court would reconsider the  fifteen days in custody if proof were shown that Mr. Becker paid off his $100.00 special assessment. See minutes CR#58 ("The Court imposes an additional 15 days imprisonment for failure to pay the $100.00 special assessment. The Court would reconsider the additional 15 days imprisonment upon proof that the $100.00 special assessment was in fact paid.")

Subsequent to the revocation hearing, undersigned counsel contacted the Financial Litigation Unit of the United States Attorney's Office.   The Litigation Unit provided undersigned counsel with a printout confirming that Mr. Becker had indeed paid a total of $869.00 toward his outstanding financial obligations. (Exhibit A) They additionally noted that the only balances due were $231.00 toward restitution and the fine of $1,000.00. They advised that the payments received are applied in the order noted on the 'Schedule of Payments' section of the Judgement. (See Judgment (CR#22)). The first obligation paid is the assessment. Therefore the assessment was already paid.

Undersigned counsel also contacted the Financial Office of the U.S. District Court and obtained a printout confirming that the special assessment was indeed paid and that an additional $769.00 was paid toward restitution. (Exhibit B).

To the extent that fifteen days of the sentence imposed in connection with this case was based on the premise that Mr. Becker failed to pay his special assessment, the sentence should be corrected and the sentence imposed should be three months with no supervision to follow.

DATED this 4th day of November, 2014.

ORDER

IT IS SO ORDERED this 10th day of November, 2014.

ROBERT C. JONES

1

## CERTIFICATE  OF SERVICE

2      The undersigned hereby certifies that s/he is an employee in the law offices of the

3  Federal Public Defender for the District of Nevada and is a person of such age and discretion as to

4  be competent to serve papers.

5      That on November 4, 2014, a true and correct copy of the above and foregoing

6  document was electronically filed and served on the person named below:

7

8  SUE FAHAMI
   MEGAN RACHOW
   Asst. United States Attorney
9  100 West Liberty Street
   Suite 600
10 Reno  NV 89501

11 **By Email Transmission to:**
   Barbara Hunt
12 UNITED STATES PROBATION OFFICE
   400 So. Virginia St., #103
13 Reno NV 89501

14

15

16                              _/s/ Bonnie S. Bell_____
                               Employee of the Federal Public Defender

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: NV

For Report Parameters: 2011A67615 , 001   , 105763488

Report Date: 11/03/2014

PAYMENTS

CDCS 2011A67615/001  Name Becker,
NBR                      Christopher

| Collect 6 | Court Nbr | 3:10-CR- Priority 03 127-RCJ- Code VPC | Scheduled Payment Amount | | Current Liability | $1,231.00 |
|---|---|---|---|---|---|---|

| Seq Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Scheduled Payment Amount | Check Nbr | Bop Deposit Nbr | Scheduled Payment Date | Posting Date | Current Liability | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000003 PMNT | 03/05/2014 | TR | A | CHRISTOPHER BECKER | | | | TOP | | 03/31/2014 | | $869.00 |
| Total | | | | | | | | | | | | $869.00 |

Limited Official Use



Report Date: 11/03/2014

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History
For Report Parameters: 2011A67615 ,001   ,105763488

Report Level: NV

REVERSALS

Sorry, There are no Payment Reversals.

Limited Official Use

# EXHIBIT B

11/04/2014 05:42 PM EDT

**U.S. Courts**
**Case Inquiry Report**
Case Num: DNVX310CR000127;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**  DNVX310CR000127    **Case Title**  USA V CHRISTOPHER BECKER

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|--------|-----------|-----------|-------------|-----------|-------------|-----------|----------------|-------------------|
| 001 | PAR1213 | CHRISTOPHER BECKER | PCCA1054 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | PAR1213 | CHRISTOPHER BECKER | PCCA1054 | VICTIM RESTITUTION | | 1,000.00 | 769.00 | 231.00 |
| | | | | | | 1,100.00 | 869.00 | 231.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | | Total Owed | Total Paid | Total Outstanding |
|-----------|-----------|--|-----------|-----------|-------------------|
| CONV000188 | WELLS FARGO BANK | | 1,000.00 | 0.00 | 1,000.00 |
| | | | 1,000.00 | 0.00 | 1,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|----------------|-----------------|--------------|---------------|------------------|

# U.S. Courts
## Case Inquiry Report
Case Num: DNVX310CR000127;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PAR1213 | CHRISTOPHER BECKER |

**Debt Type**
SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | 6855XX | 109900 | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

VICTIM RESTITUTION

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 6855XX | 6855XX | | N/A |
| Owed | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| Collected | 769.00 | 0.00 | 0.00 | 769.00 |
| Outstanding | 231.00 | 0.00 | 0.00 | 231.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 769.00 | 0.00 | N/A | 769.00 |

Totals

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 1,100.00 | 0.00 | 0.00 | 1,100.00 |
| Collected | 869.00 | 0.00 | 0.00 | 869.00 |
| Outstanding | 231.00 | 0.00 | 0.00 | 231.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 869.00 | 0.00 | N/A | 869.00 |

# U.S. Courts
## Case Inquiry Report
Case Num: DNVX310CR000127; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Payee Information:**

| Payee Code | Payee Name |
|---|---|
| CONV000188 | WELLS FARGO BANK |

Payee Address
FRAUD INVESTIGATIONS
P O BOX 912038
DEPT 2038
DENVER, CO 80291-2038

| | Principal | Interest | Total |
|---|---|---|---|
| Owed | 1,000.00 | N/A | 1,000.00 |
| Paid | 0.00 | 0.00 | 0.00 |
| Refunded | 0.00 | 0.00 | 0.00 |
| Outstanding | 1,000.00 | N/A | 1,000.00 |
| Apportioned | 0.00 | 0.00 | 0.00 |

**Transaction Information:**

| Document Type/Number* Account Number | Debt Type Line# | Document Date | Accomplished Date | Line Type | Debt Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT T030514DNVX310CR000127001 DNVX310CR000127-001 | 1 | 03/05/2014 | 03/20/2014 | PR | SPECIAL PENALTY ASSESSMENT | | 100.00 | | CHRISTOPHER BECKER | | O | TOP3 | 504100 |
| CT T030514DNVX310CR000127001 DNVX310CR000127-001 | 2 | 03/05/2014 | 03/20/2014 | PR | VICTIM RESTITUTION | | 769.00 | | CHRISTOPHER BECKER | | O | TOP2 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |